IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:20-CR-46-1M

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | **ORDER STAYING** |
| DONCHEZ GRAMBY, | **DEFENDANT'S RELEASE** |
| Defendant. | |

This case came before the court for hearing today on the government's oral motion, pursuant to 18 U.S.C. § 3142(f), to detain defendant pending trial. Finding that defendant had rebutted the presumption of detention set forth in 18 U.S.C. § 3142(e)(3) and based upon its consideration of the factors set forth in 18 U.S.C. § 3142(g), the court ordered that defendant be released upon his compliance with specified conditions. The government then indicated its intention to seek review of the release order by the presiding District Judge, pursuant to 18 U.S.C. § 3145(a)(1), and made an oral motion that defendant's release be stayed pending such review.

The government's motion for stay shall be ALLOWED on the following terms:

1. Any motion by the government for review of the release order in this case shall be made in writing and filed by 4:30 p.m. on January 27, 2021.

2. The release of defendant shall be STAYED and he shall remain in custody until 4:30 p.m. on January 27, 2021, pending filing of the government's motion for review.

3. If the government files its motion for review by 4:30 p.m. on January 27, 2021, the stay shall continue in effect until the court's resolution of the government's motion.

4. If the government fails to file its motion for review by 4:30 p.m. on January 27, 2021, the stay shall terminate at that time.

SO ORDERED, this 27th day of January 2021.

                                                  KIMBERLY A. SWANK
                                                  United States Magistrate Judge