IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

Case No. 2:20-CR-00046-M

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DONCHEZ DEJUAN GRAMBY,<br><br>    Defendant. | ORDER |

This matter comes before the court on a letter filed pro se in this closed case by Defendant and construed by the court as a motion to appoint new counsel [DE 77]. Defendant contends that he learned Cindy Helene Popkin-Bradley had been appointed as his counsel, but she has not responded to his requests for consultations. The case docket reflects that Ms. Popkin-Bradley entered a notice of appearance on behalf of Defendant on September 18, 2023.

The court DIRECTS Ms. Popkin-Bradley to file, on or before May 30, 2025, a status report indicating whether she believes a hearing would be productive on the matters raised in Defendant's motion.

SO ORDERED this 15th day of May, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE